IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>PHAEDRA MCLAUGHLIN | Criminal Action No.<br><br>1:17-CR-00061-ELR-LTW |

### AMENDED ORDER ON RESTITUTION

This matter came before the Court for sentencing on December 5, 2024. The Court enters this Order on the issue of restitution to be awarded to the victims of Defendant Phaedra McLaughlin.

The court directs Defendant Phaedra McLaughlin to pay restitution to the Court in the total amount of $89,323.60, which amount is due and payable immediately. Restitution shall be enforceable as a judgment of the United States pursuant to 18 U.S.C. § 3664 and 18 U.S.C. § 3613. If any amount of fine or restitution remains outstanding, the Court imposes a payment schedule of at least the following amounts:

> During any period of incarceration in a prison in the United States, payment of any criminal monetary debt remains due and the defendant shall pay, at a minimum, the greater of $25 or 50% of the deposits in his inmate trust account per quarter. Any portion of the criminal monetary debt that remains unpaid at the time of the defendant's release from imprisonment shall be paid at the monthly rate of at least $150.00 plus 25% of gross monthly income in excess of $2,300. The payment

schedule shall not preclude enforcement of the restitution judgment by the United States Attorney pursuant to 18 U.S.C. §§ 3613 and 3664(m).

Amounts collected to satisfy restitution shall be distributed pro rata to the victims in accordance with the individual loss amounts set forth below:

| Victim Number | Victim | Amount of Restitution Ordered |
|---|---|---|
| 1 | Navy Federal Credit Union | $68,570.66 |
| 2 | American Signature Furniture | $3,862.00 |
| 3 | Barclays US | $1,008.61 |
| 4 | Citibank | $1,835.98 |
| 5 | Office Depot | $289.35 |
| 6 | Connecticut Hearing Cure | $4,452.00 |
| 7 | Dr. Bernadette Wang Ashraf | $9,305.00 |
| | **Total Restitution** | **$89,323.60** |

Defendants shall notify the United States Attorney for this district within thirty (30) days of any change of mailing or residence address that occurs while any portion of the restitution debt remains unpaid. The assigned Assistant United States Attorney shall provide U.S. Probation with a list of the addresses and any

points of contact for the victims.

SO ORDERED THIS 11th day of December, 2024.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Prepared by
Brian Pearce, Assistant United States Attorney, (404) 581- 6081